UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>CHRISTOPHER HEMAN )<br>)<br>Plaintiff-Intervenor, )<br>)<br>)<br>vs. )<br>)<br>DAIMLERCHRYSLER CORPORATION, )<br>)<br>Defendant. ) | No. 4:05-CV-778 CEJ |

**ORDER**

On September 11, 2006, intervenor plaintiff Christopher Heman, filed his response in opposition to defendant's motion for summary judgment. The supporting documents contain birth dates of parties. Pursuant to the E-Government Act of 2002, as amended, the policies of the Judicial Conference of the United States, and the Administrative Order of this Court, such personal identifiers must be redacted in publicly-filed documents. See <u>In re Business of the Court: Redaction of Personal Identifiers</u>, Administrative Order (E.D. Mo. Oct. 8, 2004). A copy of the order may be found at the Court's website: **www.moed.uscourts.gov**.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall immediately disable the links in the CM/ECF system to intervenor plaintiff's

- 1 -

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

response in opposition [#46] to defendant's motion for summary judgment[#39].

**IT IS FURTHER ORDERED** that intervenor plaintiff shall have five days from the date of this order in which to re-file his response in opposition to defendant's motion for summary judgment, redacted in compliance with the Administrative Order of October 8, 2004.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 12th day of September, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com