UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| and | ) No. 4:05-CV-778 CEJ ) |
| CHRISTOPHER HEMAN | ) ) |
| Plaintiff-Intervenor, | ) ) ) |
| vs. | ) ) |
| DAIMLERCHRYSLER CORPORATION, | ) ) |
| Defendant. | ) |

### ORDER

**IT IS HEREBY ORDERED** that pursuant to Local Rule 8.04, jury costs in the sum of **$294.90** are assessed against the plaintiff and plaintiff-intervenor and the defendant. The assessment represents attendance fees ($280.00), mileage fees ($8.90) and parking fees ($6.00) incurred with respect to seven of the jurors who were summoned for this case.

**IT IS FURTHER ORDERED** that assessment is to be paid as follows: (1) plaintiff and plaintiff-intervenor shall pay **$147.45** and (2)defendant shall pay **$147.45**.

**IT IS FURTHER ORDERED** that the parties shall pay their respective shares of the assessment to the Clerk of Court not later than **December 11, 2006.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 5th day of December, 2006.